Case 3:22-cr-00010-PDW   Document 302   Filed 03/09/23   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'23 MAR 9 PM 4:12

United States of America
v.
Robert Blair Gjevre

Case No. 3:22CR00010-11

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Robert Blair Gjevre
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violstion(s) of pretrial release.

Date: 03/09/2023

/s/ Sarah Cook
*Issuing officer's signature*

Sarah Cook, Deputy Clerk
*Printed name and title*

City and state:  Fargo, ND

### Return

This warrant was received on *(date)* 03-09-2023, and the person was arrested on *(date)* 03-13-2023
at *(city and state)* Hastings, MN

Date: 03-20-2023

*Arresting officer's signature*

Ian Diem  FBI SA
*Printed name and title*