# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cr-10 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| James Warren Garner, | ) | |
| | ) | |
| Defendant. | ) | |

On July 26, 2022, the court adopted a Stipulated Discovery Order and Protective Order, signed by Matthew Dearth, who was then representing James Warren Garner, and by Christopher C. Myers, Assistant United States Attorney. (Doc. 150).

Attorney Dearth has since been permitted to withdraw from the representation, and Attorney Bruce Quick has been appointed as substitute counsel. Attorney Quick practices at the same law firm where Attorney Dearth formerly practiced. Via email, both counsel advised they have agreed to a modification of the July 26 order, whereby Attorney Quick will be substituted for Attorney Dearth and will be bound by all provisions of the July 26 order. Discovery materials may be transferred to Attorney Quick.

**IT IS SO ORDERED**.

Dated this 2nd day of May, 2023.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge