# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO CONTINUE** |
| ) | |
| MACALLA LEE KNOTT ) | |
| ) | Case No. 3:22-cr-10-01 |
| Defendant. ) | |

The Defendant, Macalla Knott, by and through the undersigned attorney, moves this Court for an Order continuing the Sentencing Hearing currently scheduled for August 7, 2023, at 09:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte for a period of at least 3 (three) months.

The undersigned represents to the Court that this Motion is made neither for purposes of undue delay and the United States Government is in agreement.

Dated this 27th Day of July 2023.

_____
Macalla Lee Knott

Dated this 13 day of July, 2023

Tanya Johnson Martinez (#05893)
**MARTINEZ LAW, P.L.L.C.**
3332 4P[th] Avenue South, Suite 2B
Fargo, ND 58103
Phone: (701) 491-7646
service@johnsonmartinezlaw.com
**ATTORNEY FOR DEFENDANT**