PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant:   Oliver Louis Dylla          Docket No.:   0868 3:22CR00010

To Appear On:  08/07/2023         For:  ☐ Plea    ☐ Trial    ☒ Sentencing

Before Judge:   Peter D. Welte

Initial Appearance Date:   05/18/2022        Release Date:   05/18/2022

Magistrate Judge:   Alice R. Senechal

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☐ | Surrender Passport |
| ☐ | Seek/Maintain Employment | ☐ | Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ | Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription |
| ☒ | Drug/Alcohol Monitoring | ☐ | Location Monitoring |
| ☐ | Third Party Custody to: | | |
| ☒ | Travel Restrictions: | Minnesota and North Dakota | |
| ☒ | No Contact With: | Codefendants | |
| ☒ | Other: | Weapons Restrictions, Residential Requirements | |

Defendant Has Met Conditions of Release:    ☒ Yes    ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
Since the date of the defendant's last status report filed on March 14, 2023, the defendant has remained in full compliance with his conditions of release. He has maintained employment, checks in with pretrial services as directed, and has remained drug and alcohol free.

Recommendations:
Absent a statutory mandate of detention, the defendant is viewed as a suitable candidate for self-surrender if a term of imprisonment is ordered.

08/02/2023                                                          /s/ Christine Argall
Date                                                                U.S. Pretrial Services Officer