# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>**DEMIAN HEBERT**,<br><br>  Defendant. | Criminal No. 3:22-cr-00010-PDW<br><br>**MOTION TO CONTINUE** |

Independent of the motion for furlough and continuance made on July 28, 2023,[1] Demian Hebert makes a new motion to continue her sentencing hearing scheduled for August 14th at 11:00 a.m. in Fargo, North Dakota.

The reason for this request is that counsel for Ms. Hebert attempted to visit her today, August 10th, at the Sherburne County Jail in Elk River, Minnesota. This was not allowed, however, because Ms. Hebert and others in her housing unit have tested positive for COVID-19 and are being quarantined until at least August 13th. Given this, counsel does not believe it is safe or necessary to remove Ms. Hebert from quarantine and transport her to Fargo for sentencing.

---

[1] DCD 386.

For this reason, regardless of the Court's decision on her July 28th motion, Demian Hebert requests that the Court continue her sentencing until she is no longer in quarantine for COVID-19.

Dated: <u>August 10, 2023</u>    Respectfully submitted,

*[signature]*

**Dane DeKrey**
Attorney for Demian Hebert
Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN  56561-0853
dane@ringstromdekrey.com