IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>DEMIAN HEBERT,<br><br>             Defendant. | Case No. 3:22-cr-10-07<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, is in receipt of Defendant's Motion to Continue her sentencing hearing in this case and has no objection.

Dated:  August 11, 2023

                                            MAC SCHNEIDER
                                            United States Attorney

                        By:    */s/ Christopher C. Myers*
                                  CHRISTOPHER C. MYERS
                                  Assistant United States Attorney
                                  ND Bar ID 05317
                                  655 First Avenue North, Suite 250
                                  Fargo, ND  58102-4932
                                  (701) 297-7400
                                  chris.c.myers@usdoj.gov
                                  Attorney for United States