IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES WARREN GARNER,<br><br>   Defendant. | Case No. 3:22-cr-10-10<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the

District of North Dakota, and Christopher C. Myers, Assistant United States Attorney,

has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  August 14, 2023

        MAC SCHNEIDER
        United States Attorney

     By: */s/ Christopher C. Myers*
        CHRISTOPHER C. MYERS
        Assistant United States Attorney
        ND Bar ID 05317
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        chris.c.myers@usdoj.gov
        Attorney for United States