UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MOTION TO CONTINUE |
| ) | |
| MACALLA LEE KNOTT ) | |
| ) | Case No. 3:22-cr-10-01 |
| Defendant. ) | |

The Defendant, Macalla Knott, by and through the undersigned attorney, moves this Court for an Order continuing the Sentencing Hearing currently scheduled for December 4, 2023, at 09:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte for a period of at least 3 (three) months.

The undersigned represents to the Court that this Motion is made neither for purposes of undue delay and the United States Government is in agreement.

Dated this 29th Day of November 2023.

_____
Macalla Lee Knott

Dated this 29th day of November, 2023

Tanya Johnson Martinez (#05893)
**MARTINEZ LAW, P.L.L.C.**
3332 4P th Avenue South, Suite 2B
Fargo, ND 58103
Phone: (701) 491-7646
service@johnsonmartinezlaw.com
**ATTORNEY FOR DEFENDANT**