# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DA.KOTA
### EASTERN DMSION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | |
| MACALLA LEE KNOTT | ) | |
| | ) | Case No. 3 :22-cr-10-01 |
| Defendant. | ) | |

The Defendant, Macalla Knott, by and through the undersigned attorney, moves this Court for an Order continuing the Sentencing Hearing currently scheduled for August 14, 2024, at 09:00 AM, in Fargo, ND, before Chief Judge Peter D. Welte for a period of at least 6 (six) months.

The undersigned represents to the Court that this Motion is made neither for purposes of undue delay and the United States Government is in agreement.

Dated this 27 Day of November 2024

MARTINEZ LAW PLLC

Tanya Johnson Martinez ND ID #05893
3332 4th Ave. S., Suite 2B
Fargo, ND 58103
Tele:  (701) 491-7646
Email: tanya@johnsonmartinezlaw.com
Service:
service@johnsonmartinezlaw.com
ATTORNEY FOR DEFENDANT