IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROBERT KNOTT;<br>KAYLA MARIE SCHUTZ;<br>DEMIAN HEBERT;<br>OLIVER LOUIS DYLLA;<br>JAMES WARREN GARNER; and<br>ROBERT BLAIRE GJEVRE,<br><br>Defendants. | Case No. 3:22-cr-10<br><br>**ORDER GRANTING MOTION TO DISMISS CERTAIN ASSETS IDENTIFIED FOR FORFEITURE AND TO AMEND JUDGMENTS** |

The United States moves to dismiss forfeiture of certain assets and to amend judgments. Doc. 615. The United States seeks the dismissal of certain assets from Forfeiture Allegation One, namely, $1,785 in U.S. currency, and $10,000,000 in U.S. currency, because the property was never seized by Federal authorities, nor will the United States seek a money judgment in this case.

The motion (Doc. 615) is **GRANTED,** and the court **HEREBY ORDERS THE DISMISSAL OF $1,785 IN U.S. CURRENCY AND $10,000,000 IN U.S. CURRENCY FROM FORFEITURE ALLEGATION ONE.**

**LET JUDGMENTS BE AMENDED AND ENTERED ACCORDINGLY**.

**IT IS SO ORDERED**.

Dated this 25th day of October 2024.

                                                    */s/ Peter D. Welte*
                                                    Peter D. Welte, Chief Judge
                                                    United States District Court