IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBERT NOWLAN,<br><br>Defendant. | Case No. 3:22-cr-00010<br><br>**UNITED STATES'**<br>**SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby states that to the extent there are any objections to the Presentence Investigation Report in this case they are contained in the sealed Sentencing Memorandum Supplement.

Dated: December 31, 2024

                                  MAC SCHNEIDER
                                United States Attorney

           By:    */s/ Christopher C. Myers*
                    CHRISTOPHER C. MYERS
                    Assistant United States Attorney
                    ND Bar ID 05317
                    655 First Avenue North, Suite 250
                    Fargo, ND  58102-4932
                    (701) 297-7400
                    chris.c.myers@usdoj.gov
                    Attorney for United States