UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **SENTENCING MEMORANDUM** |
| vs. | ) | |
| MACALLA LEE KNOTT, | ) | Case No. 3:19-CR-00001 |
| Defendant. | ) | |

**COMES NOW**, the Defendant, Macalla Lee Knott, through her attorney, Tanya Johnson Martinez, of Martinez Law, PLLC, 3332 4th Avenue South, Ste. 2B, Fargo, ND 58103, hereby submits this Sentencing Memorandum to the court.

Please see the Defendant's Sentencing Memorandum Supplement for additional information.

Dated this 2nd Day of January 2025.

_____
Tanya Johnson Martinez
**MARTINEZ LAW PLLC**
3332 4TH Avenue South, Suite 2B
Fargo, ND 58103
Phone: (701) 491-7646
sheeleylawnd@gmail.com
**ATTORNEY FOR DEFENDANT**