IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY NINA KEOMANY,<br><br>Defendant. | Case No. 3:22-cr-00010<br><br>**UNITED STATES'**<br>**SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  January 7, 2025

                                            MAC SCHNEIDER
                                            United States Attorney

By:    */s/ Christopher C. Myers*
          CHRISTOPHER C. MYERS
          Assistant United States Attorney
          ND Bar ID 05317
          655 First Avenue North, Suite 250
          Fargo, ND  58102-4932
          (701) 297-7400
          chris.c.myers@usdoj.gov
          Attorney for United States