**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **SENTENCING MEMORANDUM** |
| vs. | ) | |
| | ) | |
| TIFFANY NINA KEOMANY, | ) | Case. No. 3:22-cr-10-04 |
| | ) | |
| Defendant. | ) | |

Comes now the Defendant, Tiffany Keomany, by and through her counsel, Kiara Kraus-Parr, of Kraus-Parr Law, PLLC, 527 Demers Avenue, Grand Forks, ND 58201, hereby submits this Sentencing Memorandum to the court.

Please see the Defendant's Sentencing Memorandum Supplement for additional information.

Dated: January 9, 2025.

/s/ Kiara Kraus-Parr
ND #06688
Kraus-Parr Law, pllc
527 Demers Ave
Grand Forks, ND 58201
T: (701) 772-8991
E: service@krausparrlaw.com
*Attorney for Defendant*