# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 3:22-cr-10-1

USA v. Macalla Lee Knott

Length of trial: N/A

| Financial Status: | | Yes | No |
|---|---|---|---|
| | Fee Paid? | ☐ | ☑ |
| | If **NO**, has IFP been granted? | ☑ | ☐ |
| | Is there a pending motion for IFP? | ☐ | ☑ |

Are there any other pending post-judgment motions?  ☐ Yes  ☑ No

Please identify the court reporter:  ☐ No hearings held

  Name: Carolyn Pekas and Kelly Kroke

  Address: 655 1st Avenue North, Fargo ND 58102

  Telephone Number: 701-297-7000

Criminal cases only:

  Is the defendant incarcerated?  ☑ Yes (include address below)   ☐ No

  Please list all other defendants in this case if there were multiple defendants.

  Jeffrey Robert Knott (2), David Robert Nowlan (3), Tiffany Nina Keomany (4), Kayla Marie Schutz (5), Tyler Neil Pelzer (6), Demian Hebert (7), Oliver Louis Dylla (8), Deanna Marie Gerads (9), James Warren Garner (10), Robert Blair Gjevre (11), and Brady Robert Luduscher (12)

**SPECIAL COMMENTS:**

Macalla Lee Knott
Sherburne County Jail
13880 Business Center Dr NW
Elk River, MN 55330