AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:22-cr-10-06 |
| Tyler Neil Pelzer | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   01/27/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Richard RW Sand
*Printed name of defendant's attorney*

_____ 01/27/2025
*Judge's signature*

Peter D. Welte, US Chief District Judge
*Judge's printed name and title*