IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADY ROBERT LUDUSCHER,<br><br>Defendant. | Case No. 3:22-cr-00010<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  February 18, 2025

                              JENNIFER KLEMETSRUD PUHL
                              Acting United States Attorney

By:   */s/ Christopher C. Myers*
       CHRISTOPHER C. MYERS
       Assistant United States Attorney
       ND Bar ID 05317
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       chris.c.myers@usdoj.gov
       Attorney for United States