Local 2255 Judgment (Rev. 6/16)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kayla Marie Schutz, | **JUDGMENT ON PETITION** |
| Petitioner/Defendant | **PURSUANT TO 28 U.S.C. § 2255** |
| v. | |
| | Criminal Case No.  3:22-cr-10-5 |
| United States of America, | |
| | Civil Case No.      3:24-cv-046 |
| Respondent/Plaintiff. | |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed, pursuant to the Order filed on April 22, 2025

CLERK OF COURT

Date:  April 22, 2025

*/s/ Sarah Lien, Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*