IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBERT NOWLAN and<br>BRADY ROBERT LUDUSCHER,<br><br>Defendants. | Case No. 3:22-cr-10<br><br>**FINAL ORDER OF FORFEITURE** |

The Court entered Preliminary Orders of Forfeiture on August 21, 2023, and February 21, 2025 (Docs. 432, 705), pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 970, and 28 § 2461(c). Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days beginning on September 11, 2024, and February 25, 2025. (Docs. 613, 706).

On September 10, 2024, the Preliminary Order of Forfeiture (Doc. 432) and Notice of Forfeiture were served by first class mail and by certified mail on Khanthaly Ditthidet. (Doc. 600.) The certified mail was returned as unclaimed and unable to forward. (Doc. 605).

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The right, title, and interest to all the described property is forfeited and vested in the United States of America and shall be disposed of according to law.

2. The following property belonging to DAVID ROBERT NOWLAN and BRADY ROBERT LUDUSCHER, who are the subjects of this Order, is hereby forfeited to the United States of America:

   - One Glock 27 Generation 4, .40 caliber pistol modified to fully automatic, serial number VWP361;
   - $21,128.00 in United States currency.

3. Any and all forfeited property held by Federal Bureau of Investigation shall be disposed of by said agency according to law.

This Order was filed electronically through ECF, and ECF will send a Notice of Electronic Filing (NEF) to all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

SO ORDERED this __6__ day of __May__ 2025.

_____
Peter D. Welte, Chief Judge
United States District Court